In the Matter of MICHAEL SENNON, Petitioner, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [869 NYS2d 847]

Present—Martoche, J.P., Smith, Fahey and Pine, JJ.

In the Matter of MICHAEL MCKEEHAN, Petitioner, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, Respondent. [869 NYS2d 847]

Present—Martoche, J.P., Smith, Fahey and Pine, JJ.